IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KERRY SELANDER | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 22-4525 |
| KILOLO KIJAKAZI, Acting | : |
| Commissioner of Social Security | : |

**ORDER**

AND NOW, this 29th day of November, 2023, following careful review and consideration of the Report and Recommendation of the Honorable Lynne A. Sitarski, United States Magistrate Judge, issued on October 31, 2023, and after independent review of the parties' briefing and record in this matter, the following is hereby ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review (Document No. 11) is GRANTED; and

3. This matter is REMANDED to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,       C.J.